UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| FAIRPORT ASSET MANAGEMENT II REO, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:22-cv-00054 |
| ROSA MARIA GONZALEZ a/k/a ROSEMARY GONZALEZ, | ) ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF'S ORIGINAL COMPLAINT

Plaintiff Fairport Asset Management II REO, LLC (the "Plaintiff") files this *Original Complaint* complaining of Rosa Maria Gonzalez a/k/a Rosemary Gonzalez ("Defendant") as follows:

### I.
### PARTIES

1. Plaintiff is a Missouri limited liability company with an address in Rochester, New York. The sole member of Plaintiff is FAM II REO, Inc., a Missouri corporation with a Missouri principal place of business. Accordingly, Plaintiff is a citizen of the state of Missouri for diversity purposes.

2. Defendant is a resident of Texas. She may be served at her home address of 1512 Bull Elk, Laredo, Texas 78045, or wherever else she may be located.

### II.
### JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction in this matter pursuant to 28 U.S.C. § 1332 as the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs, and this matter is between citizens of different states (Missouri and Texas).

4. Venue is proper in the United States District Court for the Southern District of Texas pursuant to 29 U.S.C. § 1391(a).

## IV.
## FACTUAL BACKGROUND

5. On or about January 9, 2001, Defendant executed a Real Estate Lien Note (as amended, restated, or modified from time to time, the "Note") payable to South Texas National Bank, as lender, evidencing a loan in the original principal amount of $149,200.00. A true and correct copy of the Note is attached hereto as "**Exhibit A**."

6. Plaintiff is now the owner and holder of the Note via assignment.

7. The Note has matured but Defendant has failed to pay the balance due of more than $250,000.00.

8. Plaintiff's predecessor sent formal written demand for payment on October 8, 2021, but Defendant has failed and refused to pay.

9. Plaintiff seeks recovery of the full balance due and owing under the Note, including accrued interest and all reasonable and necessary legal fees. In the event Plaintiff forecloses on the property pledged as security for the Note and the proceeds are not sufficient to pay all amounts owed to Plaintiff, then Plaintiff seeks recovery of any remaining deficiency balance.

## V.

## COUNT ONE:
## BREACH OF NOTE

10. Plaintiff incorporates herein by reference the allegations set out in the foregoing paragraphs as though fully set forth herein.

11. As described above, Defendant was and is obligated to pay certain amounts to Plaintiff under the terms of the Note. Plaintiff is the successor in interest to the original lender, which loaned money to Defendant pursuant to the terms of the Note. Defendant has breached the

Note by failing to pay the amounts due thereunder. Accordingly, Plaintiff is entitled to recover all damages caused by Defendant's breach.

## COUNT TWO:
## ATTORNEYS' FEES

12. Plaintiff incorporates herein by reference the allegations set out in the foregoing paragraphs as though fully set forth herein.

13. Plaintiff has retained the firm of Kane Russell Coleman Logan PC to represent it in this action and has agreed to pay the firm reasonable and necessary attorneys' fees. Plaintiff is entitled to recover its reasonable and necessary attorneys' fees under Civil Practice and Remedies Code § 38.001 and the terms of the Note and multiple written forbearance agreements with Defendant.

## CONDITIONS PRECEDENT

14. Plaintiff has satisfied all conditions precedent for bringing this action.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff respectfully prays that Defendant be cited to appear and answer herein, and that upon final trial or hearing hereof, the Court grant Plaintiff judgment against Defendant for:

1. Actual damages in an amount to be proven at trial;

2. Costs of court;

3. Pre-judgment and post-judgment interest as permitted by law;

4. Reasonable and necessary attorneys' fees incurred by Plaintiff through the trial and all appeals of this cause; and

5. Such other and further relief to which Plaintiff may show itself justly entitled.

Respectfully submitted,

**KANE RUSSELL COLEMAN LOGAN PC**


By:  <u>/s/ *Brian W. Clark*</u>
 Brian W. Clark
 State Bar No. 24032075
 bclark@krcl.com

901 Main Street
Suite 5200
Dallas, TX 75202
Telephone: (214) 777-4200
Facsimile: (214) 777-4299

**ATTORNEYS FOR PLAINTIFF**